STATE v. WHITE, *Appellant.*

### Division Two, February 16, 1897.

No Bill of Exception : RECORD: JUDGMENT. Where there is no bill of exceptions, and no error apparent in the record proper, the judgment will be affirmed on appeal.

*Appeal from Cass Circuit Court.*—HON. W. W. WOOD, Judge.

AFFIRMED.

*W. D. Summers* for appellant.

*E. C. Crow*, attorney general, for the state.

SHERWOOD, J.—The conviction in this case was for an assault with intent to kill, resulting in the imposition of a fine in the sum of $400. From judgment on the verdict, defendant has appealed to this court.

As there is no bill of exceptions preserved in this case, and no error in the record proper, judgment affirmed. All concur.